Hearing Date: August 25, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 642
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| PICZON JR., TOMAS T | § | Case No. 09-16487 |
| | § | |
| Debtor | § | Hon. Susan Pierson Sonderby |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter     of the United States Bankruptcy Code on
   .  The undersigned trustee was appointed on                         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Administrative expenses
   Payments to creditors
   Non-estate funds paid to 3rd Parties
   Payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

      6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____     By:/s/Joseph A. Baldi, Trustee_____
                                                                 Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-16487 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | PICZON JR., TOMAS T | | | Date Filed (f) or Converted (c): | 05/06/09 (f) |
| | | | | 341(a) Meeting Date: | 06/11/09 |
| For Period Ending: | 06/26/10 | | | Claims Bar Date: | 10/27/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking - Chase | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 2. Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4. IRA acct at Vanguard | 11,000.00 | 0.00 | | 0.00 | FA |
| 5. 100% ownership of TP Transportation Services Corp | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2000 Volvo Truck (owned by corporation) | 9,925.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Toyota Tundra | 5,000.00 | 4,000.00 | | 4,000.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.94 | Unknown |

TOTALS (Excluding Unknown Values)   $28,225.00   $5,000.00       $5,000.94   Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold car; bar date expired 10/27/09; reviewed claims Trustee identified additional nonexempt assets and made demand upon
Debtor for turnover; collected additional $1,000 from Debtor; Trustee preparing TFR

Initial Projected Date of Final Report (TFR): 03/31/10    Current Projected Date of Final Report (TFR): 03/31/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-16487 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | PICZON JR., TOMAS T | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6192 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1323 | | |
| For Period Ending: | 06/26/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C 08/12/09 | | THOMAS T PICZON, JR | Debtor's Purchase of Truck | 1121-000 | 4,000.00 | | 4,000.00 |
| C 08/31/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 4,000.05 |
| C 09/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.15 |
| C 10/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.25 |
| C 11/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.35 |
| C 12/31/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.45 |
| C 01/29/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.55 |
| C 02/26/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,000.64 |
| C t 03/03/10 | | Transfer to Acct #*******6286 | Bank Funds Transfer | 9999-000 | | 0.91 | 3,999.73 |
| | | | Transfer funds for bond premium payment. | | | | |
| C t 03/04/10 | | Transfer to Acct #*******6286 | Bank Funds Transfer | 9999-000 | | 2.50 | 3,997.23 |
| C 03/31/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 3,997.34 |
| C 04/30/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,997.44 |
| C 05/28/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,997.53 |
| 06/23/10 | 1 | Thomas Piczon | TURNOVER OF BANK FUNDS | 1129-000 | 1,000.00 | | 4,997.53 |
| | | c/o Chase Bank | | | | | |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6192 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 2 | Deposits | 5,000.00 | 0 | Checks | 0.00 |
| | 10 | Interest Postings | 0.94 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 3.41 |
| | | Subtotal | $ 5,000.94 | | | |
| | | | | | Total | $ 3.41 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 5,000.94 | | | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-16487 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | PICZON JR., TOMAS T | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6286 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1323 | | | |
| For Period Ending: | 06/26/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 03/03/10 | | Transfer from Acct #*******6192 | Bank Funds Transfer | 9999-000 | 0.91 | | 0.91 |
| | | | Transfer funds for bond premium payment. | | | | |
| C 03/03/10 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 0.91 | 0.00 |
| | | 701 Poydras Street #420 | Annual premium payment - 2010 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t 03/04/10 | | Transfer from Acct #*******6192 | Bank Funds Transfer | 9999-000 | 2.50 | | 2.50 |
| C 03/04/10 | 001002 | International Sureties | Bond Premium Payment (2nd Check) | 2300-000 | | 2.50 | 0.00 |
| | | 701 Poydras Street #420 | Balance Owing on 2010 annual premium | | | | |
| | | New Orleans, LA 70139 | Bond # 016026455 | | | | |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6286 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 2 | Checks | 3.41 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 3.41 |
| | 0 Adjustments In | 0.00 | | | |
| | 2 Transfers In | 3.41 | | | |
| | Total | $ 3.41 | | | |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) (Page: 5)

Ver: 15.08

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-16487 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | PICZON JR., TOMAS T | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6286  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1323 | | |
| For Period Ending: | 06/26/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Report Totals | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | | 2 | Deposits | 5,000.00 | 2 | Checks | 3.41 |
| | | 10 | Interest Postings | 0.94 | 0 | Adjustments Out | 0.00 |
| | | | | | 2 | Transfers Out | 3.41 |
| | | | Subtotal | $ 5,000.94 | | | |
| | | | | | | Total | $ 6.82 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 2 | Transfers In | 3.41 | | | |
| | | | Total | $ 5,004.35 | | Net Total Balance | $ 4,997.53 |

LFORM2T4 UST Form 101-7-TFR (9/1/2009) *(Page: 6)*

Ver: 15.08

## EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-16487 | | Page 1 | | Date: June 26, 2010 |
| Debtor Name: | PICZON JR., TOMAS T | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Administrative | | $1,250.09 | $0.00 | $1,250.09 |
| | Subtotal for Class Administrative | | | $1,250.09 | $0.00 | $1,250.09 |
| 000001<br>070<br>7100-90 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $10,596.53 | $0.00 | $10,596.53 |
| 000002<br>070<br>7100-90 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $3,449.88 | $0.00 | $3,449.88 |
| 000003<br>070<br>7100-90 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $1,741.22 | $0.00 | $1,741.22 |
| 000004<br>070<br>7100-90 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $5,193.77 | $0.00 | $5,193.77 |
| 000005<br>070<br>7100-90 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $6,824.60 | $0.00 | $6,824.60 |
| 000006<br>070<br>7100-90 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $3,155.42 | $0.00 | $3,155.42 |
| 000007<br>070<br>7100-90 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $869.88 | $0.00 | $869.88 |
| 000008<br>070<br>7100-90 | FIA CARD SERVICES, NA/BANK OF<br>AMERICA<br>BY AMERICAN INFOSOURCE LP AS<br>ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $3,937.80 | $0.00 | $3,937.80 |
| | Subtotal for Class Unsecured | | | $35,769.10 | $0.00 | $35,769.10 |
| | Case Totals: | | | $37,019.19 | $0.00 | $37,019.19 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-16487
Case Name: PICZON JR., TOMAS T
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $_____ | $_____ |
| Attorney for trustee: | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (9/1/2009) *(Page: 8)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *DISCOVER BANK* | $ | $ |
| *000002* | *PYOD LLC its successors and assigns as assignee of* | $ | $ |
| *000003* | *PYOD LLC its successors and assigns as assignee of* | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000004* | *American Express Bank FSB* | $ | $ |
| *000005* | *American Express Centurion Bank* | $ | $ |
| *000006* | *Chase Bank USA NA* | $ | $ |
| *000007* | *Chase Bank USA NA* | $ | $ |
| *000008* | *FIA CARD SERVICES, NA/BANK OF AMERICA* | $ | $ |

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |
| _____ | _____ | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $ | $ |

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

    The amount of surplus returned to the debtor after payment of all claims and interest is $_____.