UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 09-16487 |
| | ) | Chapter 7 |
| Tomas T. Piczon, Jr., | ) | Hon. Susan Pierson Sonderby |
| | ) | Hearing Date: September 29, 2010 |
| Debtor. | ) | Time: 10:30 a.m. |

## Certificate of Service

I, Elizabeth C. Berg, an attorney, hereby certify that on August 25, 2010 I caused a true and correct copy of the attached **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served upon the individuals and entities listed on the attached service list by depositing the same in the United States first class mail with postage prepaid.

/s/ Elizabeth C. Berg

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | Chapter 7 |
|---|---|---|
| | § | |
| PICZON JR., TOMAS T | § | Case No. 09-16487 |
| | § | |
| Debtor | § | Hon. Susan Pierson Sonderby |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on September 29, 2010
in Courtroom 642, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/25/2010                    By:   Joseph A. Baldi, Trustee

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| PICZON JR., TOMAS T | § | Case No. 09-16487 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| *The Final Report shows receipts of* | $ | 5,000.94 |
| *and approved disbursements of* | $ | 3.41 |
| *leaving a balance on hand of*[1] | $ | 4,997.53 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
| --- | --- |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |
| Trustee: Joseph A. Baldi, Trustee | $ 1,250.09 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  Reason/Applicant | Fees | Expenses |
|---|---|---|
| Fees: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: _____ | $_____ | $_____ |
| Attorney for: _____ | $_____ | $_____ |
| Accountant for: _____ | $_____ | $_____ |
| Appraiser for: _____ | $_____ | $_____ |
| Other: _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,769.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 10,596.53 | $ 1,110.17 |
| 000002 | PYOD LLC its successors as assignee Citibank | $ 3,449.88 | $ 361.44 |
| 000003 | PYOD LLC its successors and assigns as assignee of Citibank | $ 1,741.22 | $ 182.42 |
| 000004 | American Express Bank FSB | $ 5,193.77 | $ 544.14 |
| 000005 | American Express Centurion Bank | $ 6,824.60 | $ 715.00 |
| 000006 | Chase Bank USA NA | $ 3,155.42 | $ 330.59 |
| 000007 | Chase Bank USA NA | $ 869.88 | $ 91.13 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 3,937.80 | $ 412.55 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Service List
Tomas T. Piczon Jr., debtor
Case No. 09-16487

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

American Express Bank FSB
c/o Beckett & Lee
P.O. Box 3001
Malvern, PA 19355-0701

Amex
Box 0001
Los Angeles, CA 90096-8000

Bank of America
P O BOX 15019
Wilmington DE 19886-5019

Capital One
PO BOX 790217
Saint Louis, MO 63179-0217

Chase Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Citi Cards
Processing Center
Des Moines, IA 50363-0001

Citibank
Box 6000
The Lakes, NV 89163-0001

DISCOVER BANK
DFS Services LLC
PO Box 3025
New Albany, Ohio 43054-3025

Edwin L Feld
Feld & Korrub, LLC
29 South LaSalle Street Suite 328
Chicago, IL 60603-1553

Exxon Mobil
Processing Center
Des Moines, IA 50361-0001

PYOD LLC
c/o Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Shell Citi
PO Box 9151
Des Moines, IA 50368-0001

Tomas T Piczon Jr.
212 S. Oak Park Avenue, Apt 204
Oak Park, IL 60302-3250

WaMu
PO Box 660487
Dallas, TX 75266-0487

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702