UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                         §
                                               §
                                               §
PICZON JR., TOMAS T                            §       Case No. 09-16487
                                               §
                                               §
         Debtor(s)                             §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee _____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Capital One Bank PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Capital One PO Box 790217 Saint Louis, MO 63179 | | | | | |
| | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Citibank Box 6000 The Lakes, NV 89163 | | | | | |
| | Shell Citi PO Box 9151 Des Moines, IA 50368 | | | | | |
| | WaMu PO Box 660487 Dallas, TX 75266 | | | | | |
| 000004 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CHASE BANK USA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-16487 SPS Judge: Susan Pierson Sonderby | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | PICZON JR., TOMAS T | | Date Filed (f) or Converted (c): | 05/06/09 (f) |
| | | | 341(a) Meeting Date: | 06/11/09 |
| For Period Ending: | 11/14/10 | | Claims Bar Date: | 10/27/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking - Chase | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 2. Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 4. IRA acct at Vanguard | 11,000.00 | 0.00 | | 0.00 | FA |
| 5. 100% ownership of TP Transportation Services Corp | 0.00 | 0.00 | | 0.00 | FA |
| 6. 2000 Volvo Truck (owned by corporation) | 9,925.00 | 0.00 | | 0.00 | FA |
| 7. 2000 Toyota Tundra | 5,000.00 | 4,000.00 | | 8,000.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.42 | Unknown |

| | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $28,225.00 | $5,000.00 | | $9,001.42 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold car; bar date expired 10/27/09; reviewed claims Trustee identified additional nonexempt assets and made demand upon
Debtor for turnover; collected additional $1,000 from Debtor; Trustee preparing TFR

Initial Projected Date of Final Report (TFR): 03/31/10    Current Projected Date of Final Report (TFR): 03/31/10

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 7)

Ver: 16.00a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-16487 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | PICZON JR., TOMAS T | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6192 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1323 | | | |
| For Period Ending: | 11/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  08/12/09 | 7 | THOMAS T PICZON, JR | Debtor's Purchase of Truck | 1129-000 | 4,000.00 | | 4,000.00 |
| C  08/31/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.05 | | 4,000.05 |
| C  09/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.15 |
| C  10/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.25 |
| C  11/30/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.35 |
| C  12/31/09 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.45 |
| C  01/29/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,000.55 |
| C  02/26/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 4,000.64 |
| C t 03/03/10 | | Transfer to Acct #*******6286 | Bank Funds Transfer | 9999-000 | | 0.91 | 3,999.73 |
| | | | Transfer funds for bond premium payment. | | | | |
| C t 03/04/10 | | Transfer to Acct #*******6286 | Bank Funds Transfer | 9999-000 | | 2.50 | 3,997.23 |
| C  03/31/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 3,997.34 |
| C  04/30/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 3,997.44 |
| C  05/28/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,997.53 |
| C  06/23/10 | 1 | Thomas Piczon | TURNOVER OF BANK FUNDS | 1129-000 | 1,000.00 | | 4,997.53 |
| | | c/o Chase Bank | | | | | |
| C  06/30/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,997.64 |
| C  07/30/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 4,997.76 |
| C  08/31/10 | 8 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 4,997.89 |
| C  09/29/10 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 4,998.01 |
| C t 09/29/10 | | Transfer to Acct #*******6286 | Final Posting Transfer | 9999-000 | | 4,998.01 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 8)

Ver: 16.00a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-16487 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | PICZON JR., TOMAS T | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6192  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1323 | | | |
| For Period Ending: | 11/14/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******6192 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 2 | | Deposits | 5,000.00 | 0 | Checks | 0.00 |
| 14 | | Interest Postings | 1.42 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 5,001.42 |
| | | Subtotal | $ 5,001.42 | | | |
| | | | | | Total | $ 5,001.42 |
| 0 | | Adjustments In | 0.00 | | | |
| 0 | | Transfers In | 0.00 | | | |
| | | Total | $ 5,001.42 | | | |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Ver: 16.00a

FORM 2 Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-16487 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | PICZON JR., TOMAS T | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6286 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1323 | | |
| For Period Ending: | 11/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  03/03/10 | | Transfer from Acct #*******6192 | Bank Funds Transfer | 9999-000 | 0.91 | | 0.91 |
| | | | Transfer funds for bond premium payment. | | | | |
| C   03/03/10 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 0.91 | 0.00 |
| | | 701 Poydras Street  #420 | Annual premium payment - 2010 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t  03/04/10 | | Transfer from Acct #*******6192 | Bank Funds Transfer | 9999-000 | 2.50 | | 2.50 |
| C   03/04/10 | 001002 | International Sureties | Bond Premium Payment (2nd Check) | 2300-000 | | 2.50 | 0.00 |
| | | 701 Poydras Street  #420 | Balance Owing on 2010 annual premium | | | | |
| | | New Orleans, LA 70139 | Bond # 016026455 | | | | |
| C t  09/29/10 | | Transfer from Acct #*******6192 | Transfer In From MMA Account | 9999-000 | 4,998.01 | | 4,998.01 |
| C   09/29/10 | 001003 | JOSEPH A. BALDI , as Trustee | TRUSTEE COMPENSATION | 2100-000 | | 1,250.09 | 3,747.92 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois  60603 | | | | | |
| C   09/29/10 | 001004 | DISCOVER BANK | Claim 000001, Payment 10.48% | 7100-900 | | 1,110.31 | 2,637.61 |
| | | DFS Services LLC | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, Ohio 43054-3025 | | | | | |
| C   09/29/10 | 001005 | PYOD LLC its successors and assigns as assignee of Citibank | Claim 000002, Payment 10.48% | 7100-900 | | 361.48 | 2,276.13 |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |
| C   09/29/10 | 001006 | PYOD LLC its successors and assigns as assignee of Citibank | Claim 000003, Payment 10.48% | 7100-900 | | 182.45 | 2,093.68 |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |
| C   09/29/10 | 001007 | American Express Bank FSB | Claim 000004, Payment 10.48% | 7100-900 | | 544.21 | 1,549.47 |
| | | c/o Becket and Lee LLP | | | | | |

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 10)                                        Ver: 16.00a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-16487 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | PICZON JR., TOMAS T | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6286 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1323 | | |
| For Period Ending: | 11/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 09/29/10 | 001008 | POB 3001<br>Malvern PA 19355-0701<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000005, Payment 10.48% | 7100-900 | | 715.09 | 834.38 |
| C 09/29/10 | 001009 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 10.48% | 7100-900 | | 330.63 | 503.75 |
| C 09/29/10 | 001010 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 10.48% | 7100-900 | | 91.15 | 412.60 |
| C 09/29/10 | 001011 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS<br>AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000008, Payment 10.48% | 7100-900 | | 412.60 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6286 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 11 | Checks | 5,001.42 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | 0 Adjustments In | 0.00 | | Total | $ 5,001.42 |
| | 3 Transfers In | 5,001.42 | | | |
| | Total | $ 5,001.42 | | | |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 16.00a

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-16487 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | PICZON JR., TOMAS T | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6286 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1323 | | |
| For Period Ending: | 11/14/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | 2 | Deposits | 5,000.00 | 11 | Checks | 5,001.42 |
| | 14 | Interest Postings | 1.42 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 5,001.42 |
| | | Subtotal | $ 5,001.42 | | | |
| | | | | | Total | $ 10,002.84 |
| | 0 | Adjustments In | 0.00 | | | |
| | 3 | Transfers In | 5,001.42 | | | |
| | | Total | $ 10,002.84 | | Net Total Balance | $ 0.00 |

LFORM2T4

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Ver: 16.00a